# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CIVIL DOCKET FOR CASE #: 4:19–cv–01237–PLC

Stroia et al v. Monsanto Company  
Assigned to: Magistrate Judge Patricia L. Cohen  
Cause: 28:1332 Diversity–Product Liability

Date Filed: 05/14/2019  
Date Terminated: 06/07/2019  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Thomas Pinson**  
*individually and on behalf of Susan Stroia, deceased*

represented by **Seth S. Webb**  
BROWN AND CROUPPEN P.C.  
One Metropolitan Square  
211 N. Broadway  
Suite 1600  
St. Louis, MO 63102  
314–222–2222  
Fax: 314–421–0359  
Email: sethw@getbc.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*  
*Bar Status: Active*

V.

**Defendant**

**Monsanto Company**

Email All Attorneys  
(will not send to terminated parties)

Email All Attorneys and Additional Recipients  
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2019 | 1 | COMPLAINT against defendant Monsanto Company with receipt number 0865–7206297, in the amount of $400 Jury Demand,, filed by Susan Stroia. (Attachments: # 1 Civil Cover Sheet, # 2 Original Filing Form)(Webb, Seth) (Entered: 05/14/2019) |
| 05/14/2019 | 2 | NOTICE OF PROCESS SERVER by Plaintiffs Thomas Pinson, Susan Stroia (Attachments: # 1 Summons)(Webb, Seth) (Entered: 05/14/2019) |
| 05/14/2019 |  | Case Opening Notification: 1 Summons(es) issued. The summons was emailed to attorney Seth Webb. All parties must file the Notice Regarding Magistrate Judge Jurisdiction Form consenting to or opting out of the Magistrate Judge jurisdiction. Click here for the instructions. and all non–governmental organizational parties (corporations, limited liability companies, limited liability partnerships) must file Disclosure of Organizational Interests Certificate (moed–0001.pdf). Judge Assigned: U.S. Magistrate Judge Patricia L. Cohen. (BAK) (Entered: 05/14/2019) |

| | | |
|---|---|---|
| 05/14/2019 | 3 | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401, including any case budgeting matters. (CSAW) (Entered: 05/14/2019) |
| 05/21/2019 | | NOTICE: IF YOU HAVE ALREADY UPGRADED YOUR PACER ACCOUNT YOU CAN DISREGARD THIS NOTICE. IF YOU DO NOT UPGRADE YOU WILL NOT BE ABLE TO FILE IN THE SYSTEM AFTER MAY 31, 2019. PLEASE UPGRADE IMMEDIATELY. If you are using a shared account to file cases, you will need to create an individual account; instructions can be found at:https://www.moed.uscourts.gov/sites/moed/files/Register−for−New−PACER−account.pdf. If you already have an individual account, it will need to be upgraded; instructions can be found https://www.moed.uscourts.gov/sites/moed/files/Upgrade−Current−PACER−Account.pdf. If you need further assistance contact the MOED CM/ECF Help Desk at 314−244−7650 or moedml_cmecf_help@moed.uscourts.gov. (CSAW) (Entered: 05/21/2019) |
| 06/06/2019 | 4 | CONDITIONAL TRANSFER ORDER (CTO−135) regarding MDL No. 2741 IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, Signed by John W. Nichols, by Clerk of the Panel. (DJO) (Entered: 06/06/2019) |
| 06/07/2019 | 5 | ORDER OF MDL TRANSFER to: Northern District of California. Case Transferred via CM/ECF extraction. (DJO) (Entered: 06/07/2019) |